**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>**v.**<br>**Efren Alexis ROJO-German**<br>DOB: 1996; United States Citizen | **DOCKET NO.** |
| | **MAGISTRATE'S CASE NO.**<br><br>**21-04466MJ** |

Complaint for violation of Title 18, United States Code, Section 922(a)(6)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 19, 2021, at or near Tucson, in the District of Arizona, Efren Alexis ROJO-German, in connection with the attempted acquisition of a firearm; to wit: a Smith & Wesson model M&P 380 Shield EZ .380 caliber pistol, from BKM Guns Inc., dba Murphy's Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements to BKM Guns Inc., which statements were intended and likely to deceive BKM Guns Inc. as to a fact material to the lawfulness of such sale, in that Efren Alexis ROJO-German stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person, and stated that he had not ever been convicted of a felony or other crime punishable by more than one year imprisonment when in fact he had previously been convicted of such an offense; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On May 19, 2021, Efren Alexis ROJO-German attempted to purchase a Smith & Wesson model M&P 380 Shield EZ .380 caliber pistol from BKM Guns Inc., dba Murphy's Gun Shop, a federally licensed firearms dealer in Tucson, Arizona. During the attempted purchase, ROJO-German completed ATF Form 4473, Firearms Transaction Record. On question 21.a of the form, ROJO-German marked the box "Yes" when answering the question: "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." On question 21.c of the form ROJO-German marked the box "No" when answering the question: "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

On June 3, 2021, Homeland Security Investigations agents interviewed ROJO-German about his attempt to purchase a firearm on May 19, 2021. After waiving his *Miranda* rights, ROJO-German said he attempted to purchase the aforementioned firearm on behalf of an individual who resides in Nogales, Sonora, Mexico. ROJO-German admitted that he knew this individual in Mexico would be the ultimate recipient of the pistol.

As confirmed by certified court records, on December 15, 2015, in United States District Court for the District of Arizona, case number CR14-01870-001-TUC-RCC (LAB), ROJO-German was convicted of Importation of Heroin in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and 960(b)(3), a Class C Felony offense punishable by more than one year imprisonment.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>ATF Special Agent |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 10, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54